No. 24-3852

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jan 2, 2025
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| In re: EAST PALESTINE TRAIN DERAILMENT ———————————————————— REVEREND JOSEPH SHEELY,     Interested Party - Appellant, HAROLD R. FEEZLE, On Behalf of Themselves and All Others Similarly Situated, et al.,     Plaintiffs – Appellees, v. NORFOLK SOUTHERN RAILWAY COMPANY; NORFOLK SOUTHERN CORPORATION,     Defendants - Appellees. | O R D E R |

Revered Joseph Sheely appeals the district court's order approving the Class Action Settlement Agreement against defendant railway companies in this putative class action arising out of a train derailment resulting in a chemical spill. The plaintiffs-appellees move for a show cause order against Sheely. Alternatively, the plaintiffs move to consolidate briefing with Case No. 24-3880 and for a 30-day extension of time to file their responsive brief. Sheely responds in opposition, and the plaintiffs reply. In reply, the plaintiffs withdraw their request for a show cause order.

The motion to consolidate is **GRANTED** insofar as these two independently briefed appeals will be submitted to the same panel for consideration on the same date. The decisions to

hold oral argument or not and the structure of any appellate argument are reserved to the merits panel to which these appeals will be assigned. The plaintiffs' motion to extend time is also **GRANTED**, and briefing will be reset by separate letter. The plaintiffs' request for a show cause order is **DENIED AS WITHDRAWN**.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

_____
Kelly L. Stephens, Clerk