Nos. 24-3852/3880

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Oct 8, 2025
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| In re: EAST PALESTINE TRAIN DERAILMENT _____ REVEREND JOSEPH SHEELY,     Interested Party-Appellant [No. 24-3852], ZSUZSA TROYAN, et al.,     Interested Parties-Appellants [No. 24-3880], HAROLD R. FEEZLE, On Behalf of Themselves and All Others Similarly Situated, et al.,     Plaintiffs-Appellees, v. NORFOLK SOUTHERN RAILWAY COMPANY, et al.,     Defendants-Appellees. | O R D E R |

Before: CLAY, THAPAR, and DAVIS, Circuit Judges.

Interested Parties Reverend Joseph Sheely and Zsuzsa Troyan, Tamara Freeze, Sharon Lynch, and Carly Tunno (collectively, "Objectors") appeal an order approving the final settlement in the underlying action arising out of the 2023 Norfolk Southern train derailment in East Palestine, Ohio. Objectors moved to eliminate or reduce the $850,000 appeal bond the district court ordered

them to pay, and we denied the motion. They now request reconsideration of that order. Plaintiffs move to dismiss the appeal based on Objectors' failure to pay the appeal bond, and Objectors oppose dismissal.

Reconsideration is not warranted if we did not misapprehend or overlook any point of law or fact. *See* 6 Cir. R. 27(g); Fed. R. App. P. 40(b)(1)(A). Objectors offer several sources to support their contention that we have jurisdiction to eliminate or reduce the appeal bond on appeal from the merits. None of these establishes that we made a mistake of law in our prior order. Objectors' arguments that we can consider the appeal bond because it affects our jurisdiction likewise fail because the failure to pay an appeal bond is not jurisdictional. *In re Cardizem CD Antitrust Litig.*, 391 F.3d 812, 816 (6th Cir. 2004). Their remaining arguments are without merit.

Accordingly, the motion for reconsideration is **DENIED**. The motion to dismiss is **REFERRED** to the merits panel.

                                      ENTERED BY ORDER OF THE COURT

                                      Kelly L. Stephens, Clerk